IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR220 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN ALAN MACOMBER, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Stephen Alan Macomber (Macomber) (Filing No. 52). Macomber seeks until August 31, 2012, in which to file pretrial motions in accordance with the progression order. In his pro se motion, Macomber acknowledge he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Macomber's motion for an extension of time (Filing No. 52) is granted. Macomber is given until **on or before August 31, 2012,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 26, 2012, and August 31, 2011**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant requires additional time to adequately prepare the case, taking into consideration due diligence, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 26th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge