IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR220 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| STEPHEN ALAN MACOMBER, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Court's motion.

IT IS ORDERED:

1. The hearing on the defendant's motion to dismiss (Filing No. 35) is rescheduled for Wednesday, August 22, 2012, at 1:30 p.m.;

2. The Clerk is directed to mail a copy of this order to Warden James Heimgartner, El Dorado Correctional Facility, P.O. Box 311, El Dorado, Kansas, 67042; and

3. Warden Heimgartner is ordered to have the defendant, Stephen Macomber, at a telephone so that he may fully participate in the hearing described in ¶ 1 of this order.

DATED this 27th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge