IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:10CR220 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STEPHEN ALAN MACOMBER, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been presented a Motion by defendant Stephen Alan Macomber (Macomber) for the appointment of counsel for appeal (Filing No. 76). After a review of the record, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

**IT IS FURTHER ORDERED** that all further pleadings in this matter be presented by appointed counsel. The clerk shall cause a transcript to be prepared of the August 22, 2012, proceedings before Chief Judge Laurie Smith Camp.

DATED this 4th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge